No. 1904. Ex parte Rivera, Appellant, *v.* People, Appellee.—First District Court of San Juan. Habeas corpus. Decided March 30, 1922. Appellant failed to appear at the hearing or to file a brief. *Dismissed.*

No. 1905. Ex parte Aranzamendía et al., Appellants, *v.* People, Appellee.—First District Court of San Juan. Habeas corpus. Decided March 30, 1922. Appellant failed to appear at the hearing or to file a brief. *Dismissed.*

No. 2687. Ruiz, Appellee, *v.* Ruiz, Appellant. — First District Court of San Juan. Support. Decided March 30, 1922. Motion for dismissal. It appearing that the appellant failed to present the statement of the case in time, the motion was sustained. *Dismissed.*

No. 1883. People, Appellee, *v.* Laborde, Appellant. — Second District Court of San Juan. Aggravated assault and battery. Decided March 30, 1922. There was no bill of exceptions, statement of the case or brief filed and the record discloses no fundamental error. *Affirmed.*

No. 1895. People, Appellee, *v.* Irizarry, Appellant. — District Court of Aguadilla. Violation of section 61 of the Excise-tax Law. Decided March 31, 1922. There was no bill of exceptions, statement of the case or brief filed and the record discloses no fundamental error. *Affirmed.*

No. 2710. Vázquez, Appellant, *v.* Padró et al., Appellees.—District Court of Ponce. Damages. Decided April 4, 1922. Motion by the appellee for dismissal. There being no statement of the case and the transcript not having been filed in time, the motion was sustained. *Dismissed.*